1C

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

Cierra Crosby )
_____ )
_____ )
Plaintiff(s), )
)
v. )
Elite Staffing )
_____ )
_____ )
Defendant(s). )

Case Number: _____

RECEIVED
JUN 23 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:25-cv-06929
Judge Elaine E. Bucklo
Magistrate Judge Jeannice W. Appenteng
RANDOM / Cat. 3

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is **Elite Staffing** of the county of **Cook** in the state of **Illinois**.

3. The defendant is **Cierra Crosby**, whose street address is **737 North Central Avenue Apt 308**, (city) **Chicago** (county) **Cook** (state) **Illinois** (ZIP) **60644**
(Defendant's telephone number) **(773) - 932 - 2494**

4. The plaintiff sought employment or was employed by the defendant at (street address) **7415 W Archer Avenue** (city) **Summit** (county) **Cook** (state) **Illinois** (ZIP code) **60501**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☐ was hired and is still employed by the defendant.

    (c) ☑ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) 08|30|2024 (day) 30, (year) 2024.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☑ *has* ☐ *has not* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

        (i) ☑ the United States Equal Employment Opportunity Commission, on or about (month) December (day) 16 (year) 2024.

        (ii) ☐ the Illinois Department of Human Rights, on or about (month)_____ (day)_____ (year)_____.

    (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☑ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☑ Yes (month) June (day) 23 (year) 2025

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)_____

(day) _____ (year) _____ .

(c) Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ Yes  ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ Yes  ☐ N0, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

(b) ☑ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) March (day) 31 (year) 2025 a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's *[check only those that apply]*:

(a) ☑ Age (Age Discrimination Employment Act).

(b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☑ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☑ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]
(a) ☐ failed to hire the plaintiff.

(b) ☐ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☑ failed to reasonably accommodate the plaintiff's religion.

(e) ☑ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☑ failed to stop harassment;

(g) ☑ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

Plaintiff was confirmed pregnant on 08/26/2024. Employer laid off plaintiff on 08/30/2024 due to excessive breaks. Plaintiff asked for reasonable accommodations on September 9, 2024. Employer asked for more letters. Plaintiff released more on 11/4/2024. Employer denied plaintiff employment on 12/10/2024.

14. [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☐ Yes ☒ No

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

   (a) ☐ Direct the defendant to hire the plaintiff.

   (b) ☒ Direct the defendant to re-employ the plaintiff.

   (c) ☐ Direct the defendant to promote the plaintiff.

   (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

   (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

   (f) ☒ Direct the defendant to (specify): Equal Pay of Actions upon discrimination.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g) ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☑ Grant such other relief as the Court may find appropriate.

*Cierra Crosby*
(Plaintiff's signature)

Cierra Crosby
(Plaintiff's name)

737 North Central Avenue Apt 308
(Plaintiff's street address)

(City) Chicago (State) Illinois (ZIP) 60644

(Plaintiff's telephone number) (773) - 932 - 24-94

Date: 06/23/2025

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

6

Illinois Department of Employment Security

P.O. Box 19509
Springfield, IL 62794
Phone: (800) 244-5631, Ext. 30601 · TTY: (800) 244-5631
Fax: (217) 557-4913
www.ides.illinois.gov

*Evidence Exhibit*

CIERRA C. CROSBY
737 N CENTRAL AVE APT 308
CHICAGO, IL 60644-1126

12 / 11195

Date Mailed: 06/17/2025
Claimant ID: 5826692

## Determination

(Este es un documento importante. Si usted necesita un intérprete, póngase en contacto con el Centro de Servicio al Reclamánte al (800) 244-5631, Ext. 30601.)

The following determination has been made in connection with the claim for unemployment insurance benefits.

Based on all the determinations regarding your claim, you are not eligible for benefits until you meet the eligibility requirements.

Please read each determination carefully.

Issue 049 601A - Voluntary leaving
Deny Effective 05/18/2025 - 12/31/9999

Did the claimant voluntarily leave employment? The evidence shows the claimant voluntarily left work at ELITE LABOR SERVICES ON 55TH, LTD. / ELITE LABOR SERVICES ON 55TH, LTD. by job abandonment, when she stopped reporting her availability. The claimar indicated she was not able to return to work due to her pregnancy. Since the employer did not have the ability to control the conditions acts the claimant left work voluntarily without good cause attributable to the employer. The claimant is ineligible for benefits from 05/18/2025 and will be determined ineligible until the claimant meets the eligibility requirements.

**FOR INFORMATION REGARDING YOUR RIGHTS UNDER ILLINOIS' UNEMPLOYMENT INSURANCE ACT AND THE EXACT LANGUAGE OF THE ACT AND IDES RULES, PLEASE VISIT THE AGENCY'S WEBSITE AT www.ides.illinois.gov/UIRights.
FOR INFORMATION ON HOW TO OBTAIN FREE LEGAL SERVICES SEE IMPORTANT NOTICE BELOW.**

If you require further details concerning the information in this letter, please contact the Agency at the phone number listed above.

Please see appeal rights listed below and additional information regarding this determination.
If you require further details concerning the information in this letter, please contact the Agency at Claimant Services Center at (800) 244-5631, Ext. 30601.

Este es un documento importante. Si usted necesita un intérprete, póngase en contacto con el Centro de Servicio al Reclamante al (800) 244-5631, Ext. 30601.

049 601A - Voluntary leaving - 820 ILCS 405/601A provides that an individual shall be ineligible for benefits for the weeks in which he h left work voluntarily without good cause attributable to the employing unit and, thereafter, until he has become reemployed and has had earnings equal to or in excess of his current weekly benefit amount in each of four calendar weeks.

In order to requalify for benefits, the claimant has to have employment in at least four calendar weeks and has had earnings in each of the weeks that equal or exceed $51.00, which is the current weekly benefit amount.

If you disagree with this determination, you may complete and submit a request for reconsideration/appeal. A letter will suffice if you do not have an agency form. Your request must be filed with the Illinois Department of Employment Security within thirty (30) calendar days after the date this notice was mailed to you. If the last day for filing your request is a day that the Department is closed, the request may be filed on the next day the Department is open. Please file the request by mail or fax at the address or fax number listed

CIERRA C. CROSBY                                                     06/17/2025

)ove. Any request submitted by mail must bear a postmark date within the applicable time limit for filing. If
lditional information or assistance regarding the appeals process is needed, please contact the Agency at the
1one number listed above.

you file or have filed a request for reconsideration/appeal, continue to certify for benefits as long as you remain
1employed or until you are otherwise instructed, even though you will not receive benefits unless the appeal is decided in your favor.

i no está de acuerdo con esta determinación, puede completar y presentar una solicitud de reconsideración / apelación. La apelación
Jede ser enviada por correo o fax a la Agencia, en la dirección o número de fax que aparece arriba. La apelación debe ser
esentada dentro de los treinta (30) días a partir de la fecha de envío. Si la apelación se envía por correo, debe tener matasellos
entro de los treinta (30) días a partir de la fecha de envío. Si usted presenta una apelación, continuará certificando para beneficios
ientras usted permanece desempleado.

i su solicitud resulta en una apelación, una audiencia se llevará a cabo ante un árbitro que le dará la oportunidad de presentar
uebas. Se le notificará por adelantado de la hora y lugar de la audiencia.

ara obtener información adicional sobre sus derechos de apelación  visite  nuestra pagina de internet en www.ides.illinois.gov/UI
ights.

Tportant Notice
)ES contracts with private law firms to provide limited free legal services (consultation and/or representation at IDES administrative
earings) to claimants and small employers who are eligible for this service. These independent law firms are not part of IDES.
epresentation at your hearing is not automatic and depends, in part, upon the facts in your case.

ote: A small employer is an employer which reported wages paid to less than twenty individuals, whether part time or full time, for
ich of any two of the four calendar quarters preceding the quarter in which its application for legal assistance is made.

you are interested in this legal service, call the applicable telephone number right away after receiving a ruling against you or notice of
1 appeal. Any delay in calling could result in your not being able to obtain this service. Normal working hours are from 8:30 a.m. until
00p.m., Monday through Friday.

Claimants:
 SSN ending with 0-4)                                    (SSN ending with 5-9)
Toll-Free:        (800) 884-6591                         Toll-Free (Out of State and TTY capable): (844) 562-7448
Out of State:     (847) 991-9240
TTY:              (866) 848-5609

Small Employers:
f your account number for unemployment insurance ends in 0 to 9, call:
866) 641-4288
312) 641-6403 TTY (not toll-free)



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Chicago District Office**
230 S Dearborn Street
Chicago, IL 60604
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 03/31/2025

**To:** Mrs. Cierra Crosby
737 North Central Avenue Apt 308
CHICAGO, IL 60644
**Charge No:** 440-2025-02389

| EEOC Representative and email: | SHANE CARPENTER |
|---|---|
| | Investigator |
| | shane.carpenter@eeoc.gov |

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 440-2025-02389.

On behalf of the Commission,

Digitally Signed By:Amrith Kaur Aakre
03/31/2025
Amrith Kaur Aakre
District Director

**Cc:**
Kira Johal
1900 W FIELD CT
Lake Forest, IL 60045

Jamie Goetz-Anderson
PACTIV LLC
1900 W FIELD CT
Lake Forest, IL 60045

Please retain this notice for your records.

Enclosure with EEOC Notice of Closure and Rights (01/22)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

## IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

## ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to: https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

## HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 440-2025-02389 to the

Enclosure with EEOC Notice of Closure and Rights (01/22)

District Director at Amrith Kaur Aakre, 230 S Dearborn Street, Chicago, IL 60604.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 440-2025-02389 to the District Director at Amrith Kaur Aakre, 230 S Dearborn Street, Chicago, IL 60604.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

### NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA)

The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at: http://www.eeoc.gov/laws/types/disability_regulations.cfm.

### "Actual" disability or a "record of" a disability

If you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability:

- **The limitations from the impairment no longer must be severe or significant** for the impairment to be considered substantially limiting.

- In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities" now include the operation of major bodily functions**, such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system.

- **Only one** major life activity need be substantially limited.

- Except for ordinary eyeglasses or contact lenses, the beneficial effects of **"mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications) **are not considered** in determining if the impairment substantially limits a major life activity.

Enclosure with EEOC Notice of Closure and Rights (01/22)

- An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or **"in remission"** (e.g., cancer) is a disability if it **would be substantially limiting when active**.
- An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months**.

**"Regarded as" coverage**

An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).

- "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.
- The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively **both** transitory (lasting or expected to last six months or less) **and** minor.
- A person is not able to bring a failure to accommodate claim **if** the individual is covered only under the "regarded as" definition of "disability".

*Note: Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment. Beyond the initial pleading stage, some courts will require specific evidence to establish disability. For more information, consult the amended regulations and appendix, as well as explanatory publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.*

EEOC CHARGE NUMBER:

440-2025-02389

Charging Party: Cierra Crosby

Address: 737 North Central Avenue Apt 308 60644

Cell Number: 773-932-2494

## Notice of Request for Section 83

Cierra Crosby is requesting a Section 83 for the charge 440-2025-02389. A FOIA charge was also submitted on June 19,2025. The FOIA request has been assigned tracking # 440-2025-013680.

*CierraCrosby*  6/23/2025

EEOC CHARGE NUMBER:

440-2025-02389

Charging Party: Cierra Crosby

Address: 737 North Central Avenue Apt 308 60644

Cell Number: 773-932-2494

## Notice of Request Right to Sue

The charging party, Cierra Crosby, is requesting a right to sue Elite Staffing on 7415 W Archer Ave, Summit, IL 60501. My charge of discrimination was denied on 03/31/2025 due to the employer stating " The charging party did not give any notice of a pregnancy." The employer did not allow any reasonable accommodations that the charging party submitted on September 9th 2024 confirmed to the excessive breaks that Cierra was taking. She would like to submit a right to sue because more information was determined by the charging party after she applied for unemployment on 05/28/2025.

In Cierra Crosby's application for unemployment insurance the employer consent that she was still employed at their agency and the employer have knowledge that she was pregnant at the time employed. A reconsideration was submitted on 6/25/25 made with the Charging party Cierra Crosby and the Department of Employment Security. The Charging party Cierra Crosby stated she was in contact with the Elite Staffing Agency located on 7415 W Archer Ave, Summit, IL 60501. There is not an interview conducted to led that the charging party Cierra Crosby ineligible for unemployment insurance benefits.

The charging party will need to request workers compensation or the right to sue for the month of April 2024 through 6/23/2025 due to the charging party Cierra Crosby being discrimination for having a recent pregnancy, work related injury, and disability.

*Cierra Crosby*      6/23/2025